**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Shiron Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 1212** |
| | ) | |
| Marian Collins, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

On July 6, 2010, the plaintiff submitted this *pro se* complaint along with six others, each accompanied by a separate application to proceed in forma pauperis. The applications to proceed in forma pauperis will be granted. This complaint, and the six others( which are appended to this memorandum opinion in Attachment A),[1] will be consolidated for purposes of disposition and all will be dismissed for lack of subject matter jurisdiction.

Each of these consolidated complaints identifies the plaintiff as a resident of Washington, D.C., and names a single individual defendant with an address in Washington D.C. Each also alleges, variously, the theft of plaintiff's Social Security Administration check, the theft of the plaintiff's Lane Bryant charge plate, the theft of plaintiff's turquoise ring, or a combination of such thefts. *See* Complaints, appended. The alleged thefts in any single complaint do not appear to exceed $2000 in value. The complaints against the defendants with the surname Brown allege

---

[1] *Shiron Brown v. Maria Robinson; Shiron Brown v. Shirley Randall; Shiron Brown v. Freda Berris; Shiron Brown v. Thomasina Brown; Shiron Brown v. James Brown;* and *Shiron Brown v. Michelle Boris.*

also some kind of identity fraud, and contain other unintelligible allegations. *See, e.g.,* Compl., *Shiron Brown v. James Brown*; Compl., *Shiron Brown v. Thomasina Brown.*

As the plaintiff has already been informed by a prior Order of this court, the subject matter jurisdiction of a federal district court is limited. *See* Mem. Op., *Brown v. Collins,* Civil Action 10-339(UNA) (D.D.C. Mar. 3, 2010). Here, none of the seven complaints alleges facts that present a "federal question," *see* 28 U.S.C. § 1331, or establish that this court has diversity jurisdiction over these claims, *see* 28 U.S.C. § 1332 ( providing for district court jurisdiction over cases where the parties are of diverse citizenship and the amount in controversy exceeds $75,000). Accordingly, the complaints will be dismissed for lack of federal jurisdiction.

A separate order of dismissal accompanies this memorandum opinion.

_____
United States District Judge

Attachment A